VINCENT J. DeMARTINI, SB #70621
DeMARTINI & WALKER LLP
175 North Redwood Drive, Suite 250
San Rafael, CA 94903
Telephone: (415) 472-7880
Facsimile: (415) 472-7950

Attorney for Defendants
MARIN PARK, INC., MARIN PARK, MARIN MOBILEHOME PARK, GEORGE BERTRAM, DORIS BERTRAM, THE BERTRAM FAMILY TRUST, CAROLE HOLLEY, JOHN KIDD, CONNIE KIDD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA EDWARDS, <br><br> Plaintiff, <br><br> vs. <br><br> MARIN PARK, INC., et al., <br><br> Defendants | Case No.: C 01-4294 SBA <br><br> [PROPOSED] ORDER EXCUSING DORIS BERTRAM FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE <br><br> Date: April 4, 2006 <br> Time: 2:00 p.m. <br> U.S. Magistrate Judge Wayne D. Brazil |

Defendant, Doris Bertram, individually and as trustee of The Bertram Family Trust, by and through her counsel of record herein, Vincent J. DeMartini, has requested that, due to her ill health, she be excused from personal appearance at the settlement conference in this matter which is scheduled for April 4, 2006, at 2:00 p.m. in the above captioned Court and be permitted to attend the settlement conference by telephone standby. The parties having stipulated to her appearing by telephone stand by and good cause appearing therefore,

IT IS HEREBY ORDERED THAT,

1. Doris Bertram, individually and as Trustee of the Bertram Family Trust, is hereby excused from personal appearance at the April 4, 2006 settlement conference in the above

Order Excusing Doris Bertram from Personal Appearance - 1

captioned matter.

2. Doris Bertram shall participate by telephone standby and shall be available to participate by telephone throughout the conference.

IT IS SO ORDERED.

Date: <u>March 29</u>, 2006        /s/ Wayne D. Brazil
        The Honorable Wayne D. Brazil
        United States Magistrate Judge

Order Excusing Doris Bertram from Personal Appearance - 2