United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS, | No. C 01-04294 SBA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MARIN PARK, INC ET AL, | |
| Defendant. | |

The parties hereto, by their counsel, having advised the Court that they have reached an agreed-upon settlement to the dismissal of this cause,

IT IS HEREBY ORDERED that this cause be dismissed.

Dated: 4/12/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California